UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL PANKRAZ,<br><br>             Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>             Defendant. | CASE NO. 2:24-cv-01773-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on Plaintiff Paul Pankraz's **Motion for Voluntary Dismissal with Prejudice**. Dkt. # 9. The Court, having reviewed the motion, and finding good cause, hereby ORDERS as follows:

1. **The Motion for Voluntary Dismissal with Prejudice is GRANTED.**

2. **This action is dismissed with prejudice,** with each party bearing its own costs and attorney's fees.

Dated this 19th day of November, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge